

FILED

03/17/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0492

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 19-0492

PARK COUNTY ENVIRONMENTAL COUNCIL
and GREATER YELLOWSTONE COALITION,

Plaintiffs and Appellees,

v.

MONTANA DEPARTMENT OF ENVIRONMENTAL
QUALITY and LUCKY MINERALS, INC.,

Defendants and Appellants,

and

TIM FOX, in his capacity as Attorney General
of the STATE OF MONTANA,

Intervenor and Appellant.

FILED

MAR 1 7 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Pursuant to our Order of February 5, 2020, this cause was classified for oral argument on Thursday, April 30, 2020, at 10:00 a.m. in the Strand Union Building, Ballroom A on the campus of Montana State University, Bozeman, Montana. Due to unforeseen circumstances in the operations of the Montana State University campus, the venue and time for the oral argument has been changed.

IT IS HEREBY ORDERED that this cause is set for argument on Thursday, April 30, 2020, at 9:30 a.m. in the courtroom of the Montana Supreme Court, Joseph P. Mazurek Justice Building, Helena, Montana. No introduction will be given.

IT IS FURTHER ORDERED that no spectators will be allowed in the courtroom. The argument will be live-streamed and can be accessed through the Court's website at http://stream.vision.net/MT-JUD/.

The Clerk of this Court is directed to provide a copy of this Order to all counsel of record, to Dean Paul Kirgis, Alexander Blewett III School of Law, University of Montana, to James W. Stordahl, Court Administrator of the Eighteenth Judicial District,

to Anne Watson, Pre-Law Advisor, Montana State University, to John Mudd, Executive Director, State Bar of Montana, and to the Honorable Brenda Gilbert, District Judge.

DATED this 17TH day of March, 2020.

For the Court,

By _____
Chief Justice